AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Tamise Nguyen | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| Standard Insurance Company, a corporation; DecisionOne Group Life Insurance Policy, an ERISA Plan; DecisionOne, Defendant a Corporation Does 1-10, inclusive | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DecisionOne
426 West Lancaster Ave.
Devon, PA 19333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Fleishman Law Firm
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
RICHARD W. WIEKING

Date: MAY 23 2011

CINDY VARGAS

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Tamise Nguyen

Plaintiff

v.

Standard Insurance Company, a corporation; DecisionOne Group Life Insurance Policy, an ERISA Plan; Decision O[ne] Defendant a corporation; Does 1-10, inclusive

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Standard Insurance Company
900 SW Fifth Ave.
Portland, OR 97204-1235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Fleishman Law Firm
5850 Canoga Ave. 4th Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
RICHARD W. WIEKING

Date: MAY 2 3 2011

CINDY VARGAS

Signature of Clerk or Deputy Clerk