ANDREW M. ALTSCHUL (State Bar No. 226008)
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503.974.5022
Facsimile: 971.230.0337
E-mail: *andrew@baaslaw.com*

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAMISE NGUYEN**, <br><br> Plaintiff, <br><br> v. <br><br> **STANDARD INSURANCE COMPANY, a corporation; DECISIONONE GROUP LIFE INSURANCE POLICY, and ERISA plan; DECISIONONE, a corporation; DOES 1 through 10, inclusive**, <br><br> Defendants. | Case No. CV 11-02275 <br><br> **CORPORATE DISCLOSURE STATEMENT** |

In accordance with Federal Civil Procedure 7.1 and Local Rule 3-16, defendants Standard Insurance Company ("Standard"), DecisionOne Group Life Insurance Policy ("the Plan"), and DecisionOne (jointly referred to as the "Defendants") make the following disclosures about its corporate identities:

The Plan is an ERISA long term disability policy insured by Standard.

Standard is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange.

- 1 -

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

DecisionOne is wholly owned by Glodyne Technoserve Inc., a Delaware corporation. Glodyne Technoserve Inc. is wholly owned by Glodyne Technoserve Limited, a public company under the laws of India.

Dated: July 28, 2011.   BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

　　　　　　　　　　　　　　*/s/Andrew Altschul*
Andrew M. Altschul (#226008)
Attorney for Defendants

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** on the following named person(s):

>Charles J. Fleishman
>Paul A. Fleishman
>THE FLEISHMAN LAW FIRM
>5850 Canoga Avenue, 4th Floor
>Woodland Hills, CA 91367
>
>Attorneys for plaintiff

on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ Electronic Delivery via CM/ECF filing

in the matter *Tamise Nguyen v. Standard Insurance Company, a corporation; DECISIONONE GROUP LIFE INSURANCE POLICY, an ERISA plan; DECISIONONE, a corporation; DOES 1 through 10, inclusive,* Civil No. CV11-02275 (ND California).

DATED: July 28, 2011.

BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP

*/s/ Andrew Altschul*
Andrew M. Altschul (#226008)
Telephone: (503) 974-5011
Facsimile: (971) 230-0337
Email: *andrew@baaslaw.com*

Attorney for Defendant

- 1 -

**CERTIFICATE OF SERVICE**