PAUL FLEISHMAN (SBN 251657)
THE FLEISHMAN LAW FIRM
5850 Canoga Avenue, 4th Floor
Woodland Hills, CA 91367
Email: paulfleishman@gmail.com
Telephone: 310-278-2682
Facsimile: 818-710-2728

Attorney for Plaintiff
TAMISE NGUYEN


ANDREW ALTSCHUL (SBN 226008)
BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
321 SW Fourth Avenue, Suite 600
Portland, OR 97204
Email: andrew@baaslaw.com
Telephone: 503-974-5015
Facsimile: 971-230-0337

Attorney for Defendants
STANDARD INSURANCE COMPANY
AND DECISIONONE

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| TAMISE NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, a corporation; DECISIONONE GROUP LIFE INSURANCE POLICY, and ERISA plan; DECISIONONE, a corporation; DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 11-02275 EJD<br><br>**STIPULATION TO REQUEST RESCHEDULE OF JOINT CASE MANAGEMENT CONFERENCE AND FOR COUNSEL TO PARTICIPATE BY TELEPHONE** |

    The parties hereto stipulate to a reschedule of the Joint Case Management Conference currently set for Friday, September 2, 2011 to Friday, September 9, 2011 at 10:00 a.m., or to such other time as the Court designates  Defendants' counsel has a long-standing scheduled vacation that will have him out of town through September 2, 2011.  Defendants' counsel has conferred with plaintiff's counsel

1

regarding the Joint Case Management Conference and plaintiff's counsel has no objection to the extension.

The parties also jointly request that all counsel be allowed to appear by telephone at the Joint Case Management Conference.

Dated: August 17, 2011

**BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP**

*/s/ Andrew Altschul*
Andrew Altschul

Attorneys for Defendants
STANDARD INSURANCE COMPANY
AND DECISIONONE

**THE FLEISHMAN LAW FIRM**

*/s/ Paul Fleishman*
Paul Fleishman

Attorney for Plaintiff
TAMISE NGUYEN

IT IS SO ORDERED that:

1. The Joint Case Management Conference in this matter is reset to Friday, September 9, 2011, at 10:00 a.m.

2. Counsel is allowed to participate at the Joint Case Management Conference by telephone.

Counsel is directed to contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to schedule a telephonic appearance. Please tell Court Call you have been approved for a telephonic appearance by the Court. The parties are to adhere to Court Call's procedures.

DATED: August 18, 2011

_____
Honorable Edward J. Davila
U.S. District Court Judge

STIPULATION TO REQUEST RESCHEDULE OF JOINT CASE MANAGEMENT CONFERENCE AND FOR COUNSEL TO PARTICIPATE BY TELEPHONE                    CASE NO. C 11-02275 EJD

1   I, Andrew Altschul, am the ECF user whose ID and password are being used to file this
2   Stipulation to Request Reschedule of Joint Case Management Conference and for Counsel to
3   Participate by Telephone. In compliance with the Northern District of California General Order 45,
4   X.B., I hereby attest that Paul Fleishman concurred in this filing.

5   Dated: August 17, 2011.   **BUCHANAN ANGELI ALTSCHUL**
                              **& SULLIVAN LLP**
6
7   */s/ Andrew Altschul*
    Andrew Altschul

8   Attorneys for Defendants
    STANDARD INSURANCE COMPANY AND DECISIONONE