**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMISE NGUYEN, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>STANDARD INSURANCE COMPANY, a corporation; DECISIONONE GROUP LIFE INSURANCE POLICY, an ERISA plan; DECISIONONE, a corporation; DOES 1 through 10, inclusive, <br><br>　　　　Defendants. | NO. CV11-2275 (EJD) HRL <br><br> [~~Proposed~~] ORDER GRANTING PARTIES STIPULATION TO DISMISS CASE |

　　Based on the parties' stipulation and pursuant to FRCP 41(a) this matter is hereby dismissed.

　　The Clerk shall close this file.

Dated: December 9, 2011

_____
Honorable Edward J. Davila
United States District Judge

1