**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone: (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMISE NGUYEN ) <br> ) <br>   Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> STANDARD INSURANCE COMPANY, a ) <br> corporation; DECISIONONE GROUP LIFE ) <br> INSURANCE POLICY, an ERISA plan; ) <br> DECISIONONE, a corporation; DOES 1 ) <br> through 10, inclusive, ) <br> ) <br>   Defendants. ) <br> ) | NO. CV11-2275 (EJD) HRL <br><br> [~~Proposed~~] ORDER GRANTING PARTIES STIPULATION TO DISMISS CASE |

Based on the parties' stipulation and pursuant to FRCP 41(a) this matter is hereby dismissed.

The Clerk shall close this file.

Dated:  December 9, 2011

_____
Honorable Edward J. Davila
United States District Judge

1